HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
LAWRENCE M. HADLEY (SNB 157728)
hadleyl@hbdlawyers.com
HAZIM H. ANSARI (SBN 190601)
ansarih@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile

Attorneys for Plaintiffs and Counterdefendants, ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC. and KINETECH, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC., AND KINETECH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>RECORDING INDUSTRY ASSOCIATION OF AMERICA, OVERPEER, INC., LOUDEYE CORPORATION, AND MEDIASENTRY, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 04-7456 JFW (CTx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO OVERPEER AND LOUDEYE; ORDER THEREON** |

CV 04-7456 JFW (CTx)     STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., on the one hand, and Defendants Overpeer, Inc., and Loudeye Corporation, on the other hand, have reached an amicable settlement of the disputes raised in this action;

WHEREAS, Plaintiffs, Overpeer, and Loudeye agree to dismiss all claims, defenses, and counterclaims with prejudice pursuant to Fed. R. Civ. P. 41(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs, Overpeer, and Loudeye that all claims, defenses and counterclaims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice as to Overpeer and Loudeye only; that each party shall bear its own costs, expenses, and attorneys' fees; and that this Court will retain jurisdiction to enforce the settlement reached between the parties.

DATED: May 15, 2006

HENNIGAN BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley

Attorneys for Plaintiffs and Counterdefendants, ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC. and KINETECH, INC.

DATED: May 12, 2005

COBLENTZ, PATCH, DUFFY & BASS, LLP

By _____
Jeffery G. Knowles

Attorneys for Defendants – Counterclaim Plaintiffs Loudeye Corp. and Overpeer, Inc..

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal by and between Plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., on the one hand, and Defendants Overpeer, Inc., and Loudeye Corporation, on the other hand.

IT IS HEREBY ORDERED THAT:

Pursuant to Fed. R. Civ. P. 41(a)(2), all claims, defenses and counterclaims in the above-captioned action are dismissed with prejudice as to defendants Overpeer and Loudeye only;

Each party shall bear its own costs, expenses, and attorneys' fees; and,

This Court will retain jurisdiction to enforce the settlement reached between the parties

SO ORDERED,

DATED: MAY 16 2006

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, )
) SS.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On May 15, 2006 I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJUDICE AT TO OVERPEER AND LOUDEYE; ORDER THEREON** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 15, 2006 at Los Angeles, California.

_____
Zelene C. Hall

CV 04-7456 JFW (CTx)　　　　　　　　　　　　　　　　　　　　PROOF OF SERVICE

ALTNET, INC., et al. v. RECORDING INDUSTRY ASSOCIATION OF AMERICA, et al.
U.S.D.C. C.D. Cal. No. CV 04-7456 JFW (CTx)

## SERVICE LIST

| | |
|---|---|
| Michael E. Williams<br>  michaelwilliams@quinnemanuel.com<br>Aimee E. DeSantis<br>  aimeedesantis@quinnemanuel.com<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>*Facsimile: (213) 624-0643* | *Attorneys for Defendants Recording Industry Association of America and MediaSentry, Inc.* |
| Charles K. Verhoeven<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>*Facsimile: (415) 875-6700* | *Attorneys for Defendants Recording Industry Association of America and MediaSentry, Inc.* |
| Thomas M. Mullaney – **tmm@mullaw.org**<br>Law Offices of Thomas M. Mullaney<br>708 Third Avenue, Suite 2500<br>New York, NY 10017<br>*Facsimile: (212) 661-9860* | *Attorneys for Defendant MediaSentry, Inc.* |
| Jeffrey G. Knowles - **jgk@coblentzlaw.com**<br>Zuzana S. Ikels - **zsi@cpdb.com**<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213<br>*Facsimile: (415) 989-1663* | *Attorneys for Defendants Overpeer, Inc. and Loudeye Corporation* |