QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Steven M. Anderson (State Bar No. 144014)
stevenanderson@quinnemanuel.com
Michael E. Williams (State Bar No. 181299)
michaelwilliams@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (State Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
Recording Industry Association of America and MediaSentry, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC., AND KINETECH, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RECORDING INDUSTRY ASSOCIATION OF AMERICA, OVERPEER, INC., LOUDEYE CORPORATION, AND MEDIA SENTRY, INC., <br><br> Defendants. | CASE NO. 04-7456 JFW (CTx) <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED COMPLAINT TO JOIN SAFENET, INC. |

50978/1918737.1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO JOIN SAFENET, INC.

1  WHEREAS, on June 26, 2006, plaintiffs Altnet, Inc., Brilliant Digital
2  Entertainment, Inc., and Kinetech, Inc., filed a motion to join SafeNet, Inc. as a co-
3  defendant in this action;

4  WHEREAS, on July 11, 2006, the Court granted plaintiffs' motion to
5  join SafeNet, Inc.;

6  WHEREAS, the Court ordered plaintiffs to file a Second Amended
7  Complaint adding SafeNet, Inc., as a defendant by July 14, 2006, to serve SafeNet,
8  Inc. with the Second Amended Complaint by July 19, 2006, and to file a proof of
9  service with the Court by July 21, 2006;

10  WHEREAS, the parties to this action have been engaged in settlement
11  negotiations and believe that a settlement may be imminent; and

12  WHEREAS, the parties have agreed to continue the deadlines for
13  joining and serving SafeNet, Inc., by 10 days to enable the parties to attempt to
14  finalize a settlement with minimal additional litigation obligations and costs.

15  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among
16  plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., and
17  defendants Recording Industry Association of America and MediaSentry, Inc., that:

18  1.  Plaintiffs shall file a Second Amended Complaint adding
19  SafeNet, Inc., as a defendant by July 24, 2006.

20  2.  Plaintiffs shall serve SafeNet, Inc., with the Second Amended
21  Complaint by July 28, 2006.

22  3.  Plaintiffs shall file a proof of service with the Court by July 31,
23  2006.

24  DATED:  July 14, 2006          QUINN EMANUEL URQUHART
25                                                      OLIVER & HEDGES LLP

26                          By  *Michael E. Williams /by AD*
                                  Michael E. Williams
27                              Attorneys for Defendants Recording Industry
                                Association of America and
28                              MediaSentry, Inc.

50978/1918737.1

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO JOIN SAFENET, INC.

| | | | |
|---|---|---|---|
| 1 | DATED: | July 14, 2006 | LAW OFFICES OF<br>THOMAS M. MULLANEY |
| 2 | | | By *Thomas M. Mullaney / by TD* |
| 3 | | | Thomas M. Mullaney<br>Attorneys for Defendant MediaSentry, Inc. |
| 4 | | | |
| 5 | DATED: | July 14, 2006 | HENNIGAN BENNETT & DORMAN LLP |
| 6 | | | By *Lawrence M. Hadley / by TD* |
| 7 | | | Lawrence M. Hadley<br>Attorneys for Plaintiffs Altnet, Inc.,<br>Brilliant Digital Entertainment, Inc.,<br>and Kinetech, Inc. |

50978/1918737.1

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO JOIN SAFENET, INC.

## ORDER CONTINUING DEADLINES
## TO FILE AMENDED COMPLAINT TO JOIN SAFENET, INC.

Pursuant to the Stipulation Continuing Deadlines to Join SafeNet, Inc., by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., Kinetech, Inc., and defendants Recording Industry Association of America and MediaSentry, Inc.,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file a Second Amended Complaint adding SafeNet, Inc., as a defendant by July 24, 2006.

2. Plaintiffs shall serve SafeNet, Inc., with the Second Amended Complaint by July 28, 2006.

3. Plaintiffs shall file a proof of service with the Court by July 31, 2006.

SO ORDERED.

DATED: 7/17/06

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

**STATE OF CALIFORNIA )**
**COUNTY OF LOS ANGELES )**

I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017

On July 14, 2006, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED COMPLAINT TO JOIN SAFENET, INC.**

on the parties in this action as follows:

[ X ] By placing [ ] the original [ X ] true copies thereof enclosed in sealed envelopes addressed as follows:

[ ] BY MAIL

[ X ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Thomas M. Mullaney- **mulllaw@msn.com**<br>Law Offices of Thomas M. Mullaney<br>708 Third Avenue, Ste. 2500<br>New York, NY 10017<br>212.223.0800<br>212.661.9860 FAX | Attorneys for Defendant MediaSentry, Inc. |

[ X ] (BY PERSONAL SERVICE) I caused to be delivered by hand such envelope to the offices of the addressee.

| | |
|---|---|
| Roderick G. Dorman- **dormanr@hbdlawyers.com**<br>Lawerence M. Hadley- **hadleyl@hbdlawyers.com**<br>Hazim H. Ansari- **ansarih@hbdlawyers.com**<br>HENNIGAN, BENNETT & DORMAN LLP<br>865 South Figueroa St., Ste. 2900<br>Los Angeles, CA 90017 | Attorneys for Plaintiffs & Counter-Defendants Altnet, Inc., Brillant Digital Ent., Inc. & Kinetech, Inc. |

50978/1813526 2

213.694.1200
213.694.1234 FAX

[ ] (BY ELECTRONIC MAIL) I caused the above-described document(s) to be transferred into PDF format and e-mailed to the addresses set forth below.

Executed on July 14, 2006, at Los Angeles, California.

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lynzie Hazan
Type Name

_____
Signature