QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Steven M. Anderson (State Bar No. 144014)
stevenanderson@quinnemanuel.com
Michael E. Williams (State Bar No. 181299)
michaelwilliams@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Charles K. Verhoeven (State Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant
Recording Industry Association of America

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2006 JUL 20 PM 3:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALTNET, INC., BRILLIANT DIGITAL ENTERTAINMENT, INC., AND KINETECH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>RECORDING INDUSTRY ASSOCIATION OF AMERICA, OVERPEER, INC., LOUDEYE CORPORATION, AND MEDIA SENTRY, INC.,<br><br>Defendants. | CASE NO. CV 04-7456 JFW (CTx)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RECORDING INDUSTRY ASSOCIATION OF AMERICA |

DOCKETED ON CM
AUG 8 2006
BY MG 009

239

WHEREAS, plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., on the one hand, and defendant Recording Industry Association of America, on the other hand, have reached an amicable settlement of the disputes raised in this action;

WHEREAS, plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., and defendant Recording Industry Association of America agree to dismiss all claims, defenses and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., and defendant Recording Industry Association of America, that all claims, defenses and counterclaims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice as to defendant Recording Industry Association of America, that each party shall bear its own costs, expenses and attorneys' fees, and that this Court will retain jurisdiction to enforce the settlement reached among the parties.

DATED: July 18, 2006

HENNIGAN BENNETT & DORMAN LLP

By [signature]
Lawrence M. Hadley
Attorneys for Plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc.

DATED: July 18, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By [signature]
Michael E. Williams
Attorneys for Defendant Recording Industry Association of America

quinn emanuel

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., Kinetech, Inc., and defendant Recording Industry Association of America,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims, defenses, and counterclaims in the above-captioned action are dismissed with prejudice as to defendant Recording Industry Association of America;

Each party shall bear its own costs, expenses, and attorneys' fees; and

~~This Court shall retain jurisdiction to enforce the settlement reached between the parties.~~ jfw

SO ORDERED.

DATED: 7/21/06

UNITED STATES DISTRICT JUDGE

quinn emanuel

**PROOF OF SERVICE**

STATE OF CALIFORNIA, )
) SS.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On July 20, 2006 I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RECORDING INDUSTRY ASSOCIATION OF AMERICA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ By transmitting via facsimile the documents listed above to the fax number set fourth below on this date. This transmission was reported as complete without error by a transmission report issued by the facsimile machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission is attached hereto and incorporated herein by this reference.

☒ By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 20, 2006 at Los Angeles, California.

Zelene C. Hall

***ALTNET, INC., et al. v. RECORDING INDUSTRY ASSOCIATION OF AMERICA, et al.***
**U.S.D.C. C.D. Cal. No. CAV 04-7456 JFW (CTx)**

| | |
|---|---|
| Michael E. Williams<br>**michaelwilliams@quinnemanuel.com**<br>Aimee E. DeSantis<br>**aimeedesantis@quinnemanuel.com**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>*Facsimile: (213) 624-0643*<br><br>Charles K. Verhoeven<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>*Facsimile: (415) 875-6700* | ***Attorneys for Defendants Recording Industry Association of America and MediaSentry, Inc.*** |
| Thomas M. Mullaney – **tmm@mullaw.org**<br>Law Offices of Thomas M. Mullaney<br>708 Third Avenue, Suite 2500<br>New York, NY 10017<br>*Facsimile: (212) 661-9860* | ***Attorneys for Defendant MediaSentry, Inc.*** |