1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Steven M. Anderson (State Bar No. 144014)
2    stevenanderson@quinnemanuel.com
     Michael E. Williams (State Bar No. 181299)
3    michaelwilliams@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  LAW OFFICES OF THOMAS M. MULLANEY
   THOMAS M. MULLANEY (*pro hac vice*)
7  708 Third Avenue, Suite 2500
   New York, New York 10017
8  Telephone: (212) 223-0800
   Facsimile:  (212) 661-9860
9
   Attorneys for Defendant
10 MediaSentry, Inc. and SafeNet, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                           WESTERN DIVISION

15 ALTNET, INC., BRILLIANT              CASE NO. 04-7456 JFW (CTx)
   DIGITAL ENTERTAINMENT, INC.,
16 AND KINETECH, INC.,
                                        STIPULATION AND [PROPOSED]
17           Plaintiffs,                ORDER OF DISMISSAL WITH
                                        PREJUDICE AS TO DEFENDANT
18      vs.                             MEDIASENTRY, INC. AND
                                        SAFENET, INC.
19 RECORDING INDUSTRY
   ASSOCIATION OF AMERICA,
20 OVERPEER, INC., LOUDEYE
   CORPORATION, AND MEDIA
21 SENTRY, INC.,

22           Defendants.

23

24

25

26

27

28

1  WHEREAS, plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., and defendants MediaSentry, Inc. and SafeNet, Inc. agree to dismiss all claims, defenses and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., and Kinetech, Inc., and defendants MediaSentry, Inc. and SafeNet, Inc, that all claims, defenses and counterclaims in the above-captioned action shall, in accordance with the following Order of Dismissal, be dismissed with prejudice as to defendants MediaSentry, Inc. and SafeNet, Inc., and that each party shall bear its own costs, expenses and attorneys' fees.

DATED: July 27, 2006

HENNIGAN BENNETT & DORMAN LLP

By _____
Lawrence M. Hadley
Attorneys for Plaintiffs Altnet, Inc.,
Brilliant Digital Entertainment, Inc.,
and Kinetech, Inc.

DATED: July 27, 2006

QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP

By _____
Michael E. Williams
Attorneys for Defendants
MediaSentry, Inc. and SafeNet, Inc.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal by and among plaintiffs Altnet, Inc., Brilliant Digital Entertainment, Inc., Kinetech, Inc., and defendants MediaSentry, Inc. and SafeNet, Inc.

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims, defenses, and counterclaims in the above-captioned action are dismissed with prejudice as to defendants MediaSentry, Inc. and SafeNet, Inc.;

Each party shall bear its own costs, expenses, and attorneys' fees; and

SO ORDERED.

DATED: 8/7/06

_____
UNITED STATES DISTRICT JUDGE